# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 6/2/2023 |
| Case: 23–22422–shl | Form ID: 309F1 | Total: 38 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Hello Livingston Extended LLC | 46 Main Street    Suite 176    Monsey, NY 10952 |
| ust | United States Trustee | Office of the United States Trustee – NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004–1408 |
| aty | Robert Leslie Rattet | Davidoff Hutcher & Citron LLP    605 Third Avenue    New York, NY 10158 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101–7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201–0551 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 8025325 | 293 Livingston Realty LLC | Attn: Jack Glanzberg    Molod Spitz & DeSantis, P.C.    1430 Broadway, 21st Floor    New York, NY 10018 |
| 8025326 | Abel Ochoa | c/o Zaremba Brown PLLC    Attn: Andrew Kreidman, Esq.    40 Wall Street, 52nd Fl.    New York, NY 10005 |
| 8025327 | Acres Loan Orgination, LLC | 865 Merrick Avenue, Ste. 200S    Westbury, NY 11590 |
| 8025328 | Apolinar Dominguez–Hernandez | c/o Subin Associates LLP    Attn: Dominick Rendina    150 Broadway, 23rd Fl.    New York, NY 10038 |
| 8025329 | Best Super Cleaning LLC | 5014 16th Avenue, #231    Brooklyn, NY 11204 |
| 8025330 | Capital Concrete NY, Inc. | 199 Lee Avenue, #421    Brooklyn, NY 11211 |
| 8025331 | Classic Touch USA Corp. | 223 Spencer Street, #304    Brooklyn, NY 11205 |
| 8025332 | Core Scaffold Systems, Inc. | 417 Myrtle Avenue, Ste. 14    Brooklyn, NY 11205 |
| 8025333 | Corporation Counsel | Bankruptcy Litigation Dept.    100 Church Street, Rm. 5–240    New York, NY 10007 |
| 8025334 | Cube 4 Equities, Inc. | 29 Exeter Street    Brooklyn, NY 11235 |
| 8025335 | Domingo Flores–Fernandez | Fabiano Martins De Carvalho    c/o Wingate, Russotti, Shapiro & Halperi    Attn: Noah Katz, Esq.,    Carmine J. Goncalves, Esq.    420 Lexington Avenue |
| 8025336 | Gene Kaufman Architect, P.C. | 79 Fifth Avenue, 18th Fl.    New York, NY 10003 |
| 8025337 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101–7346 |
| 8025338 | International Tile Collection, Inc. | 6 Mosley Avenue    Staten Island, NY 10312 |
| 8025340 | Jhonatan F. Gonzalez Romero | c/o Sheps Law Group, P.C.    Attn: Robert C Sheps    25 High Street    Huntington, NY 11743 |
| 8025341 | Johnder Barreno | c/o Silberstein, Awad & Miklos, P.C.    Attn: Chelsea Horowitz, Esq.    600 Old Country Road, Ste. 505    Garden City, NY 11530 |
| 8025342 | Jun's Construction Inc. | 122–03 14th Avenue    College Point, NY 11356 |
| 8025339 | Kriss & Feuerstein LLP | Attn: Jerold C. Feuerstein, Esq.    360 Lexington Avenue, Suite 1200    New York, NY 10017 |
| 8025343 | Live Lion Security LLC | 5014 16th Avenue, #231    Brooklyn, NY 11204 |
| 8025344 | MLS Service Group Inc. | 5308 13th Avenue, #150    Brooklyn, NY 11219 |
| 8025345 | NYC Dept. of Finance | Office of Legal Affairs    66 John Street, Rm. 104    New York, NY 10038 |
| 8025346 | NYS Dept. of Taxation & Finance | Attn: Office of Counsel, Bldg. 9    W.A. Harriman State Campus    Albany, NY 12227 |
| 8025347 | Office of the U.S. Trustee | One Bowling Green, Ste. 534    New York, NY 10004 |
| 8025349 | PBS Services, Inc. | 4403 15th Avenue    Brooklyn, NY 11219 |
| 8025348 | Park Lumber Yard Corp. | 1071 38th Street    Brooklyn, NY 11219 |
| 8025350 | Prestige Construction NY LLC | 4010 14th Avenue    Brooklyn, NY 11218 |
| 8025351 | Prime Piping & Heating, Inc. | 543 Bedford Avenue, #269    Brooklyn, NY 11211 |
| 8025352 | Soho Masons Corp. | 1046 54th Street    Brooklyn, NY 11219 |
| 8025353 | Worldwide Plumbing Supply, Inc. | 4002 15th Avenue    Brooklyn, NY 11218 |
| 8025354 | Wu 291 Realty LLC | c/o Kasowitz Benson Torres LLP    Attn: David H. Kupfer, Esq.    1633 Broadway    New York, NY 10019 |
| 8025355 | YD Wood Floors LLC | 1440 61st Street    Brooklyn, NY 11219 |

TOTAL: 38