| Information to identify the case: | | |
|---|---|---|
| Debtor | Hello Livingston Extended LLC <br> Name | EIN: 81–4659158 |
| United States Bankruptcy Court | Southern District of New York | Date case filed for chapter: 11   6/2/23 |
| Case number: | 23–22422–shl | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case          10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Hello Livingston Extended LLC | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 46 Main Street <br> Suite 176 <br> Monsey, NY 10952 | |
| 4. | **Debtor's attorney** <br> Name and address | Robert Leslie Rattet <br> Davidoff Hutcher & Citron LLP <br> 605 Third Avenue <br> New York, NY 10158 | Contact phone  212–557–7200 <br><br> Email:  rlr@dhclegal.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Quarropas Street <br> White Plains, NY 10601 <br><br> Clerk of the Bankruptcy Court: <br> Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM <br><br> Contact phone  914–467–7250 <br><br> Date: 6/2/23 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 29, 2023 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Cell phones are not permitted in the Courthouse without an Attorney Secure Pass which can be obtained at the U.S. District Court Clerk's Office.** | Location: <br><br> **Teleconference *ONLY*, Contact UST's Office for direction,** <br> **https://www.justice.gov/ust–regions–r02** |

**For more information, see page 2 >**

Debtor **Hello Livingston Extended LLC**                                              Case number **23–22422–shl**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** _____ | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-22422-shl |
| Hello Livingston Extended LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 02, 2023 | Form ID: 309F1 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hello Livingston Extended LLC, 46 Main Street, Suite 176, Monsey, NY 10952-3056 |
| 8025325 | + | 293 Livingston Realty LLC, Attn: Jack Glanzberg, Molod Spitz & DeSantis, P.C., 1430 Broadway, 21st Floor, New York, NY 10018-3347 |
| 8025326 | + | Abel Ochoa, c/o Zaremba Brown PLLC, Attn: Andrew Kreidman, Esq., 40 Wall Street, 52nd Fl., New York, NY 10005-1380 |
| 8025327 | + | Acres Loan Orgination, LLC, 865 Merrick Avenue, Ste. 200S, Westbury, NY 11590-6905 |
| 8025329 | + | Best Super Cleaning LLC, 5014 16th Avenue, #231, Brooklyn, NY 11204-1404 |
| 8025330 | + | Capital Concrete NY, Inc., 199 Lee Avenue, #421, Brooklyn, NY 11211-8036 |
| 8025331 | + | Classic Touch USA Corp., 223 Spencer Street, #304, Brooklyn, NY 11205-5187 |
| 8025332 | + | Core Scaffold Systems, Inc., 417 Myrtle Avenue, Ste. 14, Brooklyn, NY 11205-2426 |
| 8025333 | + | Corporation Counsel, Bankruptcy Litigation Dept., 100 Church Street, Rm. 5-240, New York, NY 10007-2601 |
| 8025334 | + | Cube 4 Equities, Inc., 29 Exeter Street, Brooklyn, NY 11235-3703 |
| 8025336 | + | Gene Kaufman Architect, P.C., 79 Fifth Avenue, 18th Fl., New York, NY 10003-3075 |
| 8025338 | + | International Tile Collection, Inc., 6 Mosley Avenue, Staten Island, NY 10312-4114 |
| 8025340 | + | Jhonatan F. Gonzalez Romero, c/o Sheps Law Group, P.C., Attn: Robert C Sheps, 25 High Street, Huntington, NY 11743-3418 |
| 8025341 | + | Johnder Barreno, c/o Silberstein, Awad & Miklos, P.C., Attn: Chelsea Horowitz, Esq., 600 Old Country Road, Ste. 505, Garden City, NY 11530-2008 |
| 8025342 | + | Jun's Construction Inc., 122-03 14th Avenue, College Point, NY 11356-1711 |
| 8025339 | + | Kriss & Feuerstein LLP, Attn: Jerold C. Feuerstein, Esq., 360 Lexington Avenue, Suite 1200, New York, NY 10017-6555 |
| 8025343 | + | Live Lion Security LLC, 5014 16th Avenue, #231, Brooklyn, NY 11204-1404 |
| 8025344 | + | MLS Service Group Inc., 5308 13th Avenue, #150, Brooklyn, NY 11219-5198 |
| 8025345 | + | NYC Dept. of Finance, Office of Legal Affairs, 66 John Street, Rm. 104, New York, NY 10038-3728 |
| 8025347 | + | Office of the U.S. Trustee, One Bowling Green, Ste. 534, New York, NY 10004-1459 |
| 8025349 | + | PBS Services, Inc., 4403 15th Avenue, Brooklyn, NY 11219-1604 |
| 8025348 | + | Park Lumber Yard Corp., 1071 38th Street, Brooklyn, NY 11219-1012 |
| 8025350 | + | Prestige Construction NY LLC, 4010 14th Avenue, Brooklyn, NY 11218-3508 |
| 8025351 | + | Prime Piping & Heating, Inc., 543 Bedford Avenue, #269, Brooklyn, NY 11211-8511 |
| 8025352 | + | Soho Masons Corp., 1046 54th Street, Brooklyn, NY 11219-4042 |
| 8025353 | + | Worldwide Plumbing Supply, Inc., 4002 15th Avenue, Brooklyn, NY 11218-4410 |
| 8025354 | + | Wu 291 Realty LLC, c/o Kasowitz Benson Torres LLP, Attn: David H. Kupfer, Esq., 1633 Broadway, New York, NY 10019-6708 |
| 8025355 | + | YD Wood Floors LLC, 1440 61st Street, Brooklyn, NY 11219-5407 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: rlr@dhclegal.com | Jun 02 2023 19:12:00 | Robert Leslie Rattet, Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, NY 10158 |
| smg | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 02 2023 19:12:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 02 2023 19:12:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: USANYS.Bankruptcy@usdoj.gov | Jun 02 2023 19:12:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY |

23-22422-shl    Doc 4    Filed 06/04/23    Entered 06/05/23 00:10:44    Imaged
Certificate of Notice    Pg 4 of 4

| District/off: 0208-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2023 | Form ID: 309F1 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| ust | ^ MEBN | | | 10007-1825 |
| | | | Jun 02 2023 19:08:56 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8025328 | + Email/Text: md@subinlaw.com | | Jun 02 2023 19:12:00 | Apolinar Dominguez-Hernandez, c/o Subin Associates LLP, Attn: Dominick Rendina, 150 Broadway, 23rd Fl., New York, NY 10038-4329 |
| 8025337 | EDI: IRS.COM | | Jun 02 2023 23:11:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8025346 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | | Jun 02 2023 19:12:00 | NYS Dept. of Taxation & Finance, Attn: Office of Counsel, Bldg. 9, W.A. Harriman State Campus, Albany, NY 12227-0001 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8025335 | | Domingo Flores-Fernandez, Fabiano Martins De Carvalho, c/o Wingate, Russotti, Shapiro & Halperi, Attn: Noah Katz, Esq.,, Carmine J. Goncalves, Esq., 420 Lexington Avenue |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert Leslie Rattet | on behalf of Debtor Hello Livingston Extended LLC rlr@dhclegal.com rattet2we@gmail.com;ms@dhclegal.com;jsp@dhclegal.com;rattetrr89983@notify.bestcase.com;mdv@dhclegal.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2