UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Hello Livingston Extended LLC, | : | Case No. 23-22422-shl |
| | : | |
| | : | |
| | : | |
| Debtor. | : | Hon. Sean H. Lane |
---------------------------------------------------------------X  United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

STATE OF NEW YORK        }
                         } ss.:
COUNTY OF NEW YORK       }

    I, Christina Valenzuela, being duly sworn, hereby deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York. On **June 6, 2023**, I served a true and correct copy of the following document: ***Notice of Appearance and Request for Notice*** by: First Class Mail by depositing same enclosed in postpaid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal office within the State of New York to the parties at the addresses listed below:

| | |
|---|---|
| Hello Livingston Extended LLC – *Debtor* | U.S. Trustee |
| 46 Main Street - Suite 176 | United States Trustee |
| Monsey, NY 10952 | Office of the United States Trustee - NY |
| | Alexander Hamilton Custom House |
| Robert Leslie Rattet – *Attorney for Debtor* | One Bowling Green, Room 534 |
| Davidoff Hutcher & Citron LLP | New York, NY 10004-1408 |
| 605 Third Avenue | |
| New York, NY 10158 | |

    I hereby certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 6, 2023

*/s/Christina Valenzuela*
Christina Valenzuela