| | |
|---|---|
| DAVIDOFF HUTCHER & CITRON LLP<br>*Proposed Attorneys for the Debtor*<br>120 Bloomingdale Road, Suite 100<br>White Plains, New York 10605<br>(914) 381-7400<br>Robert L. Rattet, Esq.<br>Jonathan S. Pasternak, Esq. | **Presentment Date:** June 22, 2023<br>**Presentment Time:**  12:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 11

HELLO LIVINGSTON EXTENDED, LLC,                      Case No.:  23-22422 (SHL)

                                    Debtor.
-----------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF MOTION FOR ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

**PLEASE TAKE NOTICE,** that upon the annexed motion (the "Motion")[1] of Hello Livingston Extended, LLC, the above-captioned debtor and debtor-in-possession ("Debtor"), by its proposed attorneys, Davidoff Hutcher & Citron LLP, the proposed Bar Date Order and proposed Bar Date Notice will be presented by the undersigned for approval and signature to the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street – Rm. 147, White Plains, New York 10601 on the 22nd day of  June, 2023 at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Davidoff Hutcher & Citron LLP, proposed attorneys for

---

[1] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Motion.

the Debtor, 120 Bloomingdale Road, Suite 100, White Plains, New York 10605, Attn: Jonathan S. Pasternak, Esq., so as to be received no later than three (3) days before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: White Plains, New York
       June 8, 2023

>                    DAVIDOFF HUTCHER & CITRON LLP
>                    *Attorneys for the Debtor*
>                    120 Bloomingdale Road, Suite 100
>                    White Plains, New York 10605
>                    (914) 381-7400
>
>                    By: */s/ Jonathan S. Pasternak*
>                         Jonathan S. Pasternak