DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| HELLO LIVINGSTON EXTENDED, LLC, | Case No. 23-22422 (SHL) |
| Debtor. | |

-----------------------------------------------------------x

# DECLARATION OF GREG CORBIN ON BEHALF OF
# NORTH POINT REAL ESTATE GROUP AS REAL ESTATE BROKER

GREG CORBIN declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the President of North Point Real Estate Group ("North Point"), a New York Corporation with offices at 156 West 56th Street, 3rd Floor, New York, New York 10019.

2. This Declaration ("Corbin Declaration") is submitted in support of the Application of Hello Livingston Extended LLC ("Debtor"), to employ North Point as its real estate broker to market and sell the Debtor's Building located at 291 Livingston Street, Brooklyn, New York ("Building").

3. Unless otherwise stated in this Corbin Declaration, the facts set forth herein are based on my personal knowledge, information, and belief.

4. I recently started North Point Real Estate Group, a firm with specific focus on bankruptcy, restructuring, foreclosures, loan sales, and workouts. I am formerly the President of Bankruptcy and Restructuring at Rosewood Realty Group. While at Rosewood from 2019 – 2023, The Corbin Group, which I led, made Rosewood the #1 bankruptcy brokerage firm in New York. During this time my team arranged for the sale, workout, or recapitalization of 107 buildings,

development sites, membership interests, or loans; of which 74 were sold under a plan of reorganization. These totaled approximately 2.9 million square feet, or BSF, with an aggregate asset/debt value of over $925,000,000.

5.    In 2022, I was recognized as REDs *Bankruptcy Broker of the Year*, was named in Crain's *Most Influential People in Real Estate*, was selected by New York Real Estate Journal as a *2022 Industry Leader,* and was recognized by CoStar as a Top 10 *PowerBroker* in New York City. In 2021, I received Sonoture's Broker of the Year award and was an IE Magazine *Inspiring Leader*. In 2020, I was Property IDX Broker of The Year, a Connect Media Top Broker, and was recognized by CoStar as a Top 10 *PowerBroker* in New York City.

6.    North Point's agents have transacted on commercial real estate valued at over $2.5 billion dollars. They have substantial experience in the marketing and sale of commercial real property and are well-qualified to provide real estate services to the Debtor. North Point is a licensed real estate broker in and by the State of New York and was established to provide unmatched service and results in the distressed real estate arena. North Point utilizes a team of professionals who are involved in the marketing and disposition of the properties they sell, rather than a single agent working to sell a property.

7.    North Point's agents specialize in multifamily and mixed-use apartment buildings, office, hotel, retail, industrial, and development sites in the Tri-State area, with a strong focus in New York. Accordingly, North Point will be able to effectively market the Real Property. North Point is willing to act as real estate broker to market and sell the Building and to render the necessary professional service required in connection with same.

8.    For purposes of full and complete disclosure, while previously at Rosewood Realty Group, I was preliminarily engaged by Acres Loan Origination, LLC to conduct a UCC foreclosure sale of the membership interests in the Debtor. However, neither Rosewood nor I did any work on that engagement. In fact, prior to fully assembling our marketing materials, Acres

asked us not to move forward. Although I believe this does not create any conflict, I made Debtor aware of this prior engagement, and have been informed that both Acres and Debtor would like North Point to be retained as Debtor's real estate advisor and would waive any potential conflict if necessary.

9. To the best of my knowledge insofar as I have been able to ascertain after reasonable inquiry and relying upon the procedures employed by North Point to identify potential relationships, North Point: (a) does not hold any interest materially adverse to the Debtor's estate; (b) has no connection with the Debtor, its creditors or other parties in interest herein; and (c) is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b).

10. Neither I nor the professionals of North Point working on this engagement, to the best of my knowledge after reasonable inquiry, have any relationship with the Debtor, Hon. Sean H. Lane, the United States Bankruptcy Judge assigned to this Chapter 11 Case, any persons who work in his Chambers or the Bankruptcy Court, the U.S. Trustee, or any persons employed by the U.S. Trustee.

11. North Point is not a "creditor" with respect to any fees and expenses of the Debtor within the meaning of Bankruptcy Code section 101(10). Further, neither I nor any other member of the North Point, to the best of my knowledge, is a holder of any outstanding debt instrument of the Debtor.

12. Consequently, to the best of my knowledge, North Point is "disinterested" as that term is defined in Bankruptcy Code section 101(14) as modified by Bankruptcy Code section 1107(b), because:

    i. neither of North Point, nor any professional at North Point working on this engagement is or was a creditor, equity security holder, or insider of the Debtor;

      ii.    neither of North Point nor any professional at North Point working on this engagement is or was, within two (2) years before the Relief Date, a director, officer, or employee of the Debtor; and

      iii.    North Point has no interest materially adverse to the interests of the estate or of any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor.

13.     As part of North Point's diverse practice, its agents appear in cases, proceedings and transactions involving many different professionals, including attorneys, financial advisors, and creditors, some of which may represent or be claimants and/or parties in interest in this case.

14.     I reviewed the creditor matrix and claims register. North Point is not involved with any party in interest and has no conflicts. Further, North Point has no relationship with any such entity, attorney or financial advisory that would be materially adverse to the Debtor in this case.

15.     If North Point discovers additional information requiring disclosure, North Point will file supplemental disclosures with the Court as promptly as possible. North Point further understands that it has a duty to continue to check for conflicts and connections, and in the event any new facts or relationships subsequently are discovered during the pendency of this case, North Point will supplement this Corbin Declaration and file the same with the Court.

16.     I have read the Application for an Order approving the retention of North Point as real estate broker and, to the best of my knowledge, information, and belief, the contents of said application are true and correct.

17. To the best of my knowledge, information and belief, North Point has not entered and will not enter into any agreement prohibited by section 155 of Title 18 of the United States Code or Bankruptcy Rule 2016 (b).

Executed under penalty of perjury this 29th day of May 2023

_____
Greg Corbin
North Point Real Estate Group