DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

*Presentment Date: June 26, 2023*
*Presentment Time: 12:00 p.m.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

HELLO LIVINGSTON EXTENDED, LLC,

      Debtor.
-------------------------------------------------------X

Chapter 11

Case No.: 23-22422 (SHL)

### NOTICE OF PRESENTMENT OF APPLICATION OF DEBTOR TO EMPLOY AND RETAIN DAVIDOFF HUTCHER & CITRON LLP AS ATTORNEYS FOR THE DEBTOR EFFECTIVE AS OF JUNE 2, 2023

**PLEASE TAKE NOTICE** that on the date hereof, the above captioned debtor and debtor-in-possession (the "Debtor") in this Chapter 11 case, submitted the *Application of Debtor to Employ and Retain Davidoff Hutcher & Citron LLP as Attorneys for the Debtor Effective as of June 2, 2023* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that the Application will be presented to the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York (the "Court"), for signature on June 26, 2023, at 12:00 p.m. (E.T.) (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and all General Orders applicable to Chapter 11 cases in this Court; (c) be filed with the Clerk of the Court in accordance with the customary practices of the Court and General Order M-399 (with a courtesy copy delivered to the

Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge); and (d) be served upon and received by (i) counsel to the Debtor, Davidoff Hutcher & Citron LLP (Attn: Jonathan S. Pasternak, and Attn: Robert L. Rattet); (ii) the Office of the United States Trustee for Region 2, One Bowling Green, Room 534, New York, New York 10004 (Attn: Andrea Schwartz, Esq.); (iii) any party that has requested notice pursuant to Bankruptcy Rule 2002; and (iv) any other party-in-interest entitled to notice of this Application, in accordance with General Order M-399, no later than June 23, 2023, at 5:00 p.m. (E.T.) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed and served by the Objection Deadline, there will be no hearing and the relief requested in the Application may be granted.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed and served by the Objection Deadline, a hearing (the "Hearing") will be held to consider the Application before the Honorable Sean H. Lane, United States Bankruptcy Judge. The Court will notify the moving and objecting parties of the date and time of the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will only be conducted by Zoom conference. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that the Application has been filed electronically with the Clerk of the Court and may be reviewed by all registered users of the Court's website at: http://www.nysb.uscourts.gov.

Dated: White Plains, New York
       June 12, 2023

DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*

        120 Bloomingdale Road, Suite 100
        White Plains, New York 10605
        (914) 381-7400

       By: */s/ Jonathan S. Pasternak*
        Jonathan S. Pasternak