DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                              Chapter 11

HELLO LIVINGSTON EXTENDED, LLC,                                     Case No. 23-22422(SHL)

                          Debtor.
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF 341A MEETING OF CREDITORS

**PLEASE TAKE NOTICE**, that the 341A meeting of creditors has been adjourned to **July 12, 2023 at 1:00 P.M. EST**. The meeting shall take place by telephonic conference only.

Dial in instructions will be posted to the case docket in advance of the meeting.

Dated: White Plains, New York
       June 28, 2023

                              DAVIDOFF HUTCHER & CITRON LLP
                              *Proposed Attorneys for the Debtor*
                              120 Bloomingdale Road, Suite 100
                              White Plains, New York 10605
                              (914) 381-7400


                              By: */s/ Jonathan S. Pasternak*
                                  Jonathan S. Pasternak

1