| Category | Creditor | Amount |
|---|---|---:|
| Superstructure | CAPITAL CONCRETE | $ 291,497.92 |
| Superstructure | CAPITAL CONCRETE NY INC | $ 837,514.35 |
| Former GC | PRESTIGE CONSTRUCTION NY | $ 363,593.37 |
| (Insider) | CUBE 4 EQUITIESINC | $ 171,402.96 |
| Lumberyard | PARK LUMBER YARD | $ 10,731.04 |
| Hoist | CORE SCAFFOLD SYSTEMS | $ 136,372.15 |
| Hoist | CORE SCAFFOLD SYSTEMS INC | $ 43,847.59 |
| Tile Installer | INTERNATIONAL TILE COLLECTION | $ 96,855.00 |
| Plumbing Supplier | WORLDWIDE PLUMBING SUPPLY | $ 105,972.87 |
| Plumbing | PRIME PIPING & HEATING | $ 228,959.00 |
| Architect | GENE KAUFMAN ARCHITECT PC | $ 166,636.81 |
| Portable Toilet | PBS SERVICES INC | $ 183,960.92 |
| Painting | CLASSIC TOUCH USA | $ 128,412.00 |
| CCTV | LIVE LION SECURITY | $ 28,721.47 |
| Brick Layer | SOHO MASONS CORP | $ 48,938.28 |
| Flooring | YD WOOD FLOORS LLC | $ 77,774.70 |
| Framing Contractor | JUN'S CONSTRUCTION | $ 85,750.00 |
| Cleaning | BEST SUPER CLEANING | $ 15,117.25 |
| Violations Expediter | MLS SERVICE GROUP | $ 12,675.00 |
| | | $ 3,034,732.68 |