# EXHIBIT 7

## Kenneth Rubinstein

| | |
|---|---|
| **From:** | Kenneth Rubinstein |
| **Sent:** | Monday, July 31, 2023 10:45 AM |
| **To:** | rlr@dhclegal.com |
| **Cc:** | Joseph Vann; Laurence Tauber |
| **Subject:** | Hello Livingston Extended LLC |
| **Attachments:** | Leifer's answer to 1st amended complaint with counterclaims and crossclaims and 3rd party complaint (00507517).PDF |

Good morning Mr. Rattet. In furtherance of the July 26 letter from Joe Vann, please see paragraphs 105-106 of the attached, which was filed by Abraham Leifer on Friday. We look forward to receiving the documents and information requested in Joe's letter from you early this week.

Ken

Kenneth J. Rubinstein

C | T | S | W

Cohen Tauber Spievack & Wagner P.C.
*Partners in Your Strategic Vision*
420 Lexington Ave., Suite 2400
New York NY 10170-2499
Direct: (212) 381-8745
Main: (212) 586-5800
Fax: (212) 586-5095
Email: krubinstein@ctswlaw.com
www.ctswlaw.com

This communication, including any attachments, is intended solely for the confidential use of the person(s) named above. If you have received this communication in error, please notify the sender immediately and delete/destroy the original. Any reader other than the intended recipient is hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.

1