# EXHIBIT 8

**Kenneth Rubinstein**

| | |
|---|---|
| **From:** | Kenneth Rubinstein |
| **Sent:** | Wednesday, August 2, 2023 8:35 AM |
| **To:** | rlr@dhclegal.com |
| **Cc:** | Joseph Vann; Laurence Tauber |
| **Subject:** | FW: Hello Livingston Extended LLC |
| **Attachments:** | . (00507317).PDF |

Good morning. When can we expect to receive the requested documents and information? This is a simple request for documents that should be readily accessible. If they are not provided, we can only assume that they do not exist and will seek appropriate judicial relief.

Kenneth J. Rubinstein



Cohen Tauber Spievack & Wagner P.C.
*Partners in Your Strategic Vision*
420 Lexington Ave., Suite 2400
New York NY 10170-2499
Direct: (212) 381-8745
Main: (212) 586-5800
Fax: (212) 586-5095
Email: krubinstein@ctswlaw.com
www.ctswlaw.com

This communication, including any attachments, is intended solely for the confidential use of the person(s) named above. If you have received this communication in error, please notify the sender immediately and delete/destroy the original. Any reader other than the intended recipient is hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.

**From:** Arpi Salbashian <asalbashian@ctswlaw.com>
**Sent:** Wednesday, July 26, 2023 2:17 PM
**To:** rlr@dhclegal.com
**Cc:** Joseph Vann <jvann@ctswlaw.com>; Kenneth Rubinstein <KRubinstein@ctswlaw.com>
**Subject:** Hello Livingston Extended LLC

Dear Mr. Rattet:

Please see the attached letter.

Arpi Salbashian
Legal Assistant
C | T | S | W
Cohen Tauber Spievack & Wagner P.C.
*Partners in Your Strategic Vision*

420 Lexington Ave., Suite 2400
New York, NY 10170-2499

1



**COHEN TAUBER SPIEVACK & WAGNER P.C.**

Joseph M. Vann

direct:  212-381-8724
e-mail:  jvann@ctswlaw.com

July 26, 2023

***By E-mail and Regular Mail***

Robert L. Rattet, Esq.
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, New York 10158

Re:   **In re Hello Livingston Extended, LLC**
      ***(SDNY, Bankruptcy Court, Case No. 23-22422-shl)***

Dear Mr. Rattet:

We represent Eugene Weiss, who holds membership interests in, among other entities related to Hello Livingston Extended, LLC (the debtor in the above-referenced proceeding, the "Debtor"), 291 Perigrove 1001, LLC and GWK Livingston LLC. As you may be aware, Mr. Weiss was not contacted or notified prior to the Debtor filing for bankruptcy and his consent or authorization was not sought or obtained for the Debtor's bankruptcy filing.

In order for us to assess and determine if the Debtor had appropriate authority for its bankruptcy filing, please immediately provide us with the following documents and information: (a) authorization(s), consent(s), and resolution(s) for the Debtor's bankruptcy filings; (b) authorization(s), consent(s), and resolution(s) for the retention of David Goldwasser as Chief Restructuring Officer for the Debtor; and (c) authorization(s), consent(s), and resolution(s) for the Debtor's retention of your firm as Debtor's counsel.

This is without waiver of any rights Mr. Weiss may have, all of which are expressly reserved. Please contact me if there is anything you would like to discuss.

Sincerely,

/s/ Joseph M. Vann

Joseph M. Vann

cc:   Mr. Eugene Weiss
      Kenneth J. Rubinstein, Esq.