# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>Hello Livingston Extended, LLC | CASE NO: 23-22422<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 8/10/2023, I did cause a copy of the following documents, described below,

Notice of Adjournment of Hearings

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/10/2023

/s/ Max C. DuVal
Max C. DuVal  5925674

Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY  10605
212 557 7200
ms@dhclegal.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 23-22422 |
|---|---|
| Hello Livingston Extended, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 8/10/2023, a copy of the following documents, described below,

Notice of Adjournment of Hearings

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/10/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Max C. DuVal
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY  10605

USPS FIRST CLASS MAILING RECIPIENT:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| 293 LIVINGSTON REALTY LLC<br>C/O MOLOD SPITZ & DESANTIS, P.C.<br>ATTN: JACK GLANZBERG<br>1430 BROADWAY, 21ST FL.<br>NEW YORK, NY 10018 | ABEL OCHOA<br>C/O ZAREMBA BROWN PLLC<br>ATTN: ANDREW KREIDMAN, ESQ.<br>40 WALL STREET, 52ND FL.<br>NEW YORK, NY 10005 | ACRES CAPITAL<br>ATTN: JACLYN JESBERGER, ESQ.<br>390 RXR PLAZA<br>UNIONDALE, NY 11556 |
| ACRES LOAN ORIGINATION, LLC<br>C/O KRISS & FEUERSTEIN LLP<br>ATTN: JEROLD C. FEUERSTEIN, ESQ.<br>360 LEXINGTON AVENUE, STE. 1200<br>NEW YORK, NY 10017 | APOLINAR DOMINGUEZ-HERNANDEZ<br>C/O SUBIN ASSOCIATES, LLP<br>ATTN: DOMINICK RENDINA<br>150 BROADWAY, 23RD FL.<br>NEW YORK, NY 10038 | BEST SUPER CLEANING LLC<br>5014 16TH AVENUE, #231<br>BROOKLYN, NY 11204 |
| CAPITAL CONCRETE NY, INC.<br>199 LEE AVENUE, #421<br>BROOKLYN, NY 11211 | CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>ATTN: ASHLEY BOSWELL<br>4515 N. SANTA FE AVENUE<br>OKLAHOMA CITY, OK 73118 | CLASSIC TOUCH USA CORP.<br>223 SPENCER STREET, #304<br>BROOKLYN, NY 11205 |
| CONSOLIDATD EDISON OF NY INC.<br>BANKRUPTCY GROUP - EAG<br>4 IRVING PLACE, 9TH FL.<br>NEW YORK, NY 10003 | CORE SCAFFOLD SYSTEMS, INC.<br>417 MYRTLE AVENUE, STE. 14<br>BROOKLYN, NY 11205 | CORPORATION COUNSEL<br>BANKRUPTCY LITIGATION DEPT.<br>100 CHURCH STREET, RM. 5-240<br>NEW YORK, NY 10007 |
| CUBE 4 EQUITIES, INC.<br>29 EXETER STREET<br>BROOKLYN, NY 11235 | DOMINGO FLORES-FERNANDEZ<br>C/O WINGATE RUSSOTTI SHAPIRO MOSES &<br>HALPERIN LLP<br>ATTN: NOAH KATZ, ESQ.,<br>CARMINE J. GONCALVES, ESQ.<br>420 LEXINGTON AVENUE<br>NEW YORK, NY 10170 | MR. DAVID GOLDWASSER<br>C/O GC REALTY ADVISORS LLC<br>46 MAIN STREET, STE. 176<br>MONSEY, NY 10952 |
| GENE KAUFMAN ARCHITECT, P.C.<br>79 FIFTH AVENUE, 18TH FL.<br>NEW YORK, NY 10003 | HELLO LIVINGSTON EXTENDED LLC<br>ATTN: ISAAC LEFKOWITZ<br>351 SPOOK ROCK ROAD<br>SUFFERN, NY 10901 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNATIONAL TILE COLLECTION, INC.<br>6 MOSLEY AVENUE<br>STATEN ISLAND, NY 10312 | JHONATAN F. GONZALEZ ROMERO<br>C/O GORAYEB & ASSOCIATES, P.C.<br>ATTN: CHRISTOPHER GORAYEB, ESQ.<br>100 WILLIAM STREET, 19TH FL.<br>NEW YORK, NY 10038 | JOHNDER BARRENO<br>C/O SILBERSTEIN, AWAD & MIKLOS, P.C.<br>ATTN: CHELSEA HOROWITZ, ESQ.<br>600 OLD COUNTRY ROAD, STE. 505<br>GARDEN CITY, NY 11530 |
| JUN'S CONSTRUCTION INC.<br>122-03 14TH AVENUE<br>COLLEGE POINT, NY 11356 | LIVE LION SECURITY LLC<br>5014 16TH AVENUE, #231<br>BROOKLYN, NY 11204 | MLS SERVICE GROUP INC.<br>5308 13TH AVENUE, #150<br>BROOKLYN, NY 11219 |
| NYC DEPT. OF FINANCE<br>OFFICE OF LEGAL AFFAIRS<br>66 JOHN STREET, RM. 104<br>NEW YORK, NY 10038 | NYS DEPT. OF TAXATION & FINANCE<br>ATTN: OFFICE OF COUNSEL, BLDG. 9<br>W.A. HARRIMAN STATE CAMPUS<br>ALBANY, NY 12227 | OFFICE OF THE U.S. TRUSTEE<br>SOUTHERN DISTRICT OF NY<br>ATTN: ANDREA B. SCHWARTZ, ESQ.<br>ONE BOWLING GREEN, STE. 534<br>NEW YORK, NY 10004 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PARK LUMBER YARD CORP.<br>1071 38TH STREET<br>BROOKLYN, NY 11219 | PBS SERVICES, INC.<br>4403 15TH AVENUE<br>BROOKLYN, NY 11219 | PRESTIGE CONSTRUCTION NY LLC<br>4010 14TH AVENUE<br>BROOKLYN, NY 11218 |
| PRIME PIPING & HEATING, INC.<br>543 BEDFORD AVENUE, #269<br>BROOKLYN, NY 11211 | PRIME PIPING & HEATING, INC.<br>160 ROSS STREET<br>BROOKLYN, NY 11211 | SOHO MASONS CORP.<br>1046 54TH STREET<br>BROOKLYN, NY 11219 |
| A.D. HERNANDEZ<br>C/O SUBIN ASSOCIATES, LLP<br>ATTN: HOWARD M. ADELSBERG, ESQ.<br>150 BRIAFWAY, 22ND FL.<br>NEW YORK, NY 10038 | WORLD WIDE PLUMBING SUPPLY, INC.<br>4002 15TH AVENUE<br>BROOKLYN, NY 11218 | WORLD WIDE PLUMBING SUPPLY, INC.<br>ATTN: JOSEPH OBERMEISTER, ESQ.<br>555 WILLOW AVENUE<br>CEDARHURST, NY 11516-2212 |
| WU 291 REALTY LLC<br>C/O KASOWITZ BENSON TORRES LLP<br>ATTN: DAVID H. KUPFER, ESQ.<br>1633 BROADWAY<br>NEW YORK, NY 10019 | YD WOOD FLOORS LLC<br>1440 61ST STREET<br>BROOKLYN, NY 11219 | WU 291 REALTY LLC<br>ATTN: AVI COHEN<br>1577 DAYTONIA ROAD<br>MIAMI BEACH, FL 33141 |
| WU 291 REALTY LLC<br>ATTN: AVI COHEN<br>132 GREENPOINT AVE., #4C<br>BROOKLYN, NY 11222 | MORDECHAI KOHN<br>C/O ZILBERBERG EINHORN KARPEL, P.C.<br>ATTN: SAMUEL KARPEL, ESQ.<br>66 SPLIT ROCK ROAD<br>SYOSSET, NY 11791 | EUGENE WEISS<br>C/O COHEN TAUBER SPIEVACK & WAGNER P.C<br>ATTN: KENNETH RUBENSTEIN, ESQ.,<br>JOSEPH VANN, ESQ.<br>420 LEXINGTON AVE., STE. 2400<br>NEW YORK, NY 10170 |