| | |
|---|---|
| DAVIDOFF HUTCHER & CITRON LLP<br>*Attorneys for the Debtor*<br>120 Bloomingdale Road<br>White Plains, New York 10605<br>(914) 381-7400<br>Robert L. Rattet, Esq.<br>Jonathan S. Pasternak, Esq. | *Hearing Date:*<br>*November 21, 2023 @ 10:00 A.M.* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                          Chapter 11

HELLO LIVINGSTON EXTENDED LLC,               Case No. 23-22422(SHL)


                                    Debtor.
-----------------------------------------------------------X

## REPORT OF QUALIFIED BID AND
## NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE**, that the above captioned debtor and debtor-in-possession ("Debtor"), by its undersigned attorneys, Davidoff Hutcher & Citron LLP, represent that it has received the following Qualified Bid for the sale of the Debtor's Property as authorized pursuant to the Order of the Bankruptcy Court dated September 11, 2023 (the "Bid Procedures Order")[1]:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings as set forth in the Bid Procedures Order and Bid Procedures annexed thereto.

1

**Qualified Bidder:**
**Acres Loan Origination LLC ("Acres"):**

Qualified Bid:  $30,000,000 in the form of a credit bid pursuant to 11 U.S.C. Section 363(k).

<u>Assets to be Purchased</u>:
The Property and all personal property, FFE

<u>Deposit</u>: Not required as per the Bid Procedures

<u>Bid Received</u>: November 6, 2023 at 5:05 P.M. EST

No other Qualified Bids were received.

**PLEASE TAKE FURTHER NOTICE**, that the Auction scheduled for November 9, 2023 is hereby CANCELED.

**PLEASE TAKE FURTHER NOTICE**, that the Debtor intends to seek approval of Acre's Qualified Bid and an order approving the sale of the Property to Acres or its designee at the Sale Hearing scheduled for November 21, 2023 at 10:00 A.M. EST.

Dated: White Plains, New York
       November 8, 2023

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtor*
120 Bloomingdale Road
White Plains, New York 10605
(914) 381-7400

By: */s/ Jonathan S. Pasternak*
    Jonathan S. Pasternak