DAVIDOFF HUTCHER & CITRON LLP  *Adjourned Hearing Date: December 19, 2023*
*Attorneys for the Debtor*  *Hearing Time: 10:00 a.m.*
120 Bloomingdale Road
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet
Jonathan S. Pasternak

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                                Chapter 11

HELLO LIVINGSTON EXTENDED LLC,
                                                                                        Case No.: 23-22422(SHL)
                                        Debtor.
---------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER CONFIRMATION OF FIRST AMENDED CHAPTER 11 <u>PLAN OF LIQUDATION</u>

**PLEASE TAKE NOTICE,** that the hearing on the following matter in the above captioned case has been adjourned by the Court to **December 19, 2023, at 10:00 a.m.** before the Hon. Sean H. Lane, Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, to be conducted by zoom conference:

- Confirmation of Debtor's First Amended Plan of Liquidation

Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: White Plains, New York
            November 8, 2023

>DAVIDOFF HUTCHER & CITRON LLP
>*Attorneys for the Debtor*
>120 Bloomingdale Road, Suite 100
>White Plains, New York 10605
>(914) 381-7400
>
>By: */s/ Jonathan S. Pasternak*
>        Jonathan S. Pasternak