UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                  Post Confirmation
                                                                        Chapter 11
HELLO LIVINGSTON EXTENDED LLC,
                                                                        Case No. 23-22422(SHL)

                                 Debtor.
---------------------------------------------------------------X

## ORDER GRANTING FINAL DECREE

**UPON** the filing of the Application dated March 19, 2024 of the above captioned Debtor (the "Debtor"), by his attorneys, Davidoff Hutcher & Citron LLP, for entry of a Final Decree closing the above captioned Chapter 11 case, and the Debtor's filing of the Chapter 11 Closing Report dated March 19, 2024, which report the Debtor represents complies with Local Bankruptcy Rule 3022, and it appearing that substantial consummation of the Debtor's First Amended Chapter 11 Plan of Liquidation (the "Plan") within the meaning of 11 U.S.C. §1101(2) having duly occurred, and it appearing that the Debtor's estate has been fully administered, it is hereby

**ORDERED,** that the Chapter 11 case of the above-captioned Debtor is hereby closed; and it is further

**ORDERED,** that not later than ten (10) days from the entry of this order, the Debtor shall file with the Court any unfiled monthly operating report(s) for pre-effective date periods and the appropriate post confirmation report(s) and shall pay the United States Trustee the appropriate sums required pursuant to 28 U.S.C. § 1930(a)(6) (and any applicable interest thereon).

Dated: White Plains, New York
      April 12, 2024

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE